UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
EDDIE PARKER

               -against-

HEMPSTEAD POLICE DEPARTMENT, ET. AL.

--------------------------------------------------------X

ORDER RESETTING
JURY TRIAL

CV-99-1419 (DRH)

      Due to the Court's schedule, the jury trial set for January 3, 2006 is hereby adjourned to **MONDAY, FEBRUARY 27, 2006 AT 9:30 AM.**

      Requests to charge, witness lists, and any trial memorandum shall be filed by February 20, 2006.

      SO ORDERED.

Dated: Central Islip, New York
       December 21, 2005                           /S/
                                                    Denis R. Hurley
                                                    United States District Judge